```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                      FORT SMITH DIVISION
```

**ROY ABSHIRE, DAVID L. COLE,**
**WILLIAM McMURRAY, J.C. GREENBUSH**
**STEVE TRENT, and similarly situated employees**          **PLAINTIFFS**

**V.**                          **CASE NO. 10-2170**

**REDLAND ENERGY SERVICES, LLC**                           **DEFENDANT**

## J U D G M E N T

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith (Doc. 30), Defendant's motion for summary judgment (Doc. 16) is hereby **GRANTED**. All parties are to bear their own costs and fees, and Plaintiffs' complaint is DISMISSED WITH PREJUDICE. **The parties have thirty days from entry of this judgment on the docket in which to appeal**.

IT IS SO ORDERED this 7th day of October, 2011.

*/s/ Robert T. Dawson*
Honorable Robert T. Dawson
United States District Judge